**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KENNETH FRANSECA MILLS,

    Plaintiff,

-vs-                                                                         Case No.  8:05-CV-1990-T-30EAJ

DAVID GEE, et al.,

    Defendants.
_____/

**ORDER**

Plaintiff, a pretrial detainee held in administrative segregation at the Hillsborough County Jail, Falkenburg Road facility ("HCJ-F"), initiated this cause of action by filing a Motion for Temporary Restraining Order (Dkt. 1). Plaintiff is currently housed above "housing units designed as screamer module cells." *Id.*, Attach. at 2. Plaintiff did not pay the filing fee or submit a request to proceed *in forma pauperis*.

Plaintiff makes the following allegations regarding conditions of confinement at the HCJ-F in support of his request for relief: "jail staff-officials are knowingly and deliberately subjecting Plaintiff and other jail inmates housed within Administrative Segregation to profound isolation, lack of mental health care, and exsposure [sic] to pyschotic [sic] inmates in adjoining cells, as well as arbitrary, capricious and discriminatory enforcement of policy and practices." *Id.* Plaintiff complains about the antics of one inmate he describes as "extremely psychotic" when not medicated. *Id.* at 3.

Plaintiff failed to sign either the motion or the affidavit submitted in support thereof. Plaintiff does not provide any documentation for his factual allegations. The Court has reviewed Plaintiff's motion and is of the opinion that Plaintiff has failed to comply with the strictures of Fed.R.Civ.P. 65 and Rules 4.05 and 4.06, Local Rules of the United States District Court, Middle District of Florida (2004).

Plaintiff has not shown any immediate risk of substantial or irreparable harm. The Court finds that Plaintiff has also failed to establish that an emergency situation exists which requires immediate intervention by the Court

ACCORDINGLY, the Court **ORDERS** that:

1. Plaintiff's Motion for Temporary Restraining Order (Dkt. 1) is **DENIED**.
2. As there is no underlying complaint in this action, the **Clerk** is directed to terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
*Pro se* Plaintiff

SA/jsh